**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>*Plaintiffs,*<br>v.<br>UNITED STATES POSTAL SERVICE, et al.,<br>*Defendants.* | No. 1:26-cv-13917 |

**PLAINTIFF STATES' MOTION FOR A TEMPORARY RESTRAINING ORDER, EMERGENCY STAY, AND EXPEDITED PRELIMINARY INJUNCTION AND STAY**

Plaintiffs California, Massachusetts, Nevada, Washington, Arizona, Colorado, Connecticut, Delaware, the District of Columbia, Hawai‘i, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Virginia, Wisconsin, and Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania ("Plaintiff States"), hereby respectfully move, pursuant to Federal Rule of Civil Procedure 65, 5 U.S.C. § 705, and Local Rule 7.1, for:

1. an immediate temporary restraining order and emergency stay of the United States Postal Service's ("USPS") final rule Ballot Mail for Federal Elections, 91 Fed. Reg. 54,966 (published Aug. 26, 2026) (codified at 39 C.F.R. pt. 111) ("Rule"); and
2. expedited briefing on a preliminary injunction and § 705 stay, followed by entry of the requested preliminary injunction and stay to restrain Defendants[1] from implementing or enforcing the Rule pending resolution of this case.

[1] Defendants are USPS; David Steiner, in his official capacity as Postmaster General, Chief Executive Officer of the Postal Service, and Member of the Postal Service Board of Governors; Doug Tulino, in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; Amber McReynolds, in her official capacity as Chair of the Postal Service Board of Governors; Derek Kan, in his official capacity as Vice Chairman of the Postal Service Board of Governors; Ronald Stroman, in his official capacity as a Member of the Postal Service Board of Governors; Daniel Tangherlini, in his official capacity as a Member of the Postal Service Board of Governors.

On August 26, 2026, USPS published the Rule,[2] implementing Section 3(b) of Executive Order No. 14399, *Citizenship Verification and Integrity in Federal Elections* (Mar. 31, 2026) ("EO"). The Rule has a stated effective date of August 21, 2026.

As described in Plaintiff States' accompanying memorandum of law in support of this motion, a temporary restraining order, emergency stay of the Rule, and expedited proceedings to preliminarily enjoin and stay the Rule pending resolution on the merits are warranted to allow Plaintiff States' election officials to administer upcoming elections unimpeded by the Rule's unconstitutional and unlawful requirements.

Plaintiff States satisfy the requirements for temporary and preliminary injunctive relief and a stay under 5 U.S.C. § 705. First, Plaintiff States are likely to succeed on the merits of their claims because the Rule violates the horizontal and vertical separation of powers, commandeers Plaintiff States' election officials to implement an unlawful federal program, exceeds Defendants' statutory authority under Title 39 of the U.S. Code and transgresses specific prohibitions therein, is arbitrary and capricious and contrary to statute, and contravenes both the Voting Rights Act and the Privacy Act. Second, Plaintiff States are suffering and will continue to suffer immediate and irreparable harm if Defendants are allowed to implement the Rule as to Plaintiff States' federal elections. The Rule forces Plaintiff States to upend their core activities in preparation for the rapidly approaching midterm elections and to divert their limited resources to implementing the Rule. Third, the balance of equities and public interest weigh in favor of a temporary restraining order and an emergency stay, followed by an expedited preliminary injunction and stay of the Rule's effective date, to halt the Rule's significant disruption of mail voting until this case can be resolved on the merits.

As set out in the certification below, Plaintiff States have provided oral and written notice to Defendants' counsel of this motion and the relief requested herein. *See* Fed. R. Civ. P. 65(b).

Plaintiff States request that the Court exercise its discretion to waive the requirement to

---

[2] Although the Rule was published in the Federal Register on August 26, 2026, USPS made the Rule available for public inspection beginning on August 21, 2026.

post a bond under Federal Rule of Civil Procedure 65(c) because Defendants will not suffer any monetary loss on account of the relief sought. *Int'l Ass'n of Machinists v. E. Airlines, Inc.*, 925 F.2d 6, 9 (1st Cir. 1991) ("[T]here is ample authority for the proposition that the provisions of Rule 65(c) are not mandatory and that a district court retains substantial discretion to dictate the terms of an injunction bond." (collecting cases)).

As further grounds in support of this Motion, Plaintiff States rely on the accompanying memorandum of law, declarations, and evidence filed in support of this motion.

To address the preliminary injunction and stay on an expedited basis, Plaintiff States request that the Court enter the following briefing and hearing schedule in conjunction with its temporary restraining order and emergency stay, as set forth in the attached proposed order:

- August 28, 2026: Defendants' Opposition to Plaintiff States' Motion for Preliminary Injunction and Stay.
- August 31, 2026: Plaintiff States' Reply to Defendants' Opposition.
- September 2, 2026, or as soon thereafter that the Court can accommodate: hearing on Plaintiff States' Motion for a Preliminary Injunction and Stay.

This accelerated schedule is warranted by the importance of the issues; the fast-approaching election, including state law deadlines to mail ballots by as early as September 4, 2026 (N.C. Gen. Stat. § 163-227.10(a)); the gravity of the harms caused to Plaintiff States and their administration of elections—particularly the rapidly approaching November 2026 general election—and the likelihood of appellate review.

**REQUEST FOR ORAL ARGUMENT SOLELY AS TO EXPEDITED MOTION FOR PRELIMINARY INJUNCTION AND STAY**

Pursuant to Local Rule 7.1(d), Plaintiff States believe that oral argument related to their request for preliminary injunction and stay would assist the Court because this case concerns complicated and important issues affecting the public interest.

***

**WHEREFORE**, Plaintiff States respectfully request that the Court promptly enter a temporary restraining order and emergency stay to preserve the status quo and order an expedited

briefing and hearing schedule as set forth in the proposed order attached to this motion, and thereafter enter a preliminary injunction and stay of the Rule barring its implementation and enforcement during the remainder of these proceedings.

August 26, 2026

Respectfully submitted.

**ROB BONTA**
Attorney General of California

By: /s/ *Anne P. Bellows*
Anne P. Bellows*
*Deputy Attorney General*
Thomas S. Patterson*
*Senior Assistant Attorney General*
Seth E. Goldstein*
*Supervising Deputy Attorney General*
Malcolm A. Brudigam*
Michael S. Cohen*
Lisa C. Ehrlich*
Kevin L. Quade*
Robert William Setrakian*
*Deputy Attorneys General*
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
(916) 210-6090
anne.bellows@doj.ca.gov

*Counsel for the State of California*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ *Gerard J. Cedrone*
Vanessa A. Arslanian (BBO No. 688099)
*State Trial Counsel*
Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
Jared B. Cohen (BBO No. 689217)
Julia S. Canney (BBO No. 717328)
Phoebe M. Lockhart (BBO No. 709411)
*Assistant Attorneys General*
One Ashburton Place
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**AARON FORD**
Attorney General of Nevada

By: /s/ *K. Brunetti Ireland*
K. Brunetti Ireland*
*Chief of Special Litigation*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
kireland@ag.nv.gov

*Counsel for the State of Nevada*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: /s/ *Tera M. Heintz*
Tera M. Heintz*
Cristina Sepe*
Karl D. Smith*
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
tera.heintz@atg.wa.gov

*Counsel for the State of Washington*

(additional counsel on following page)

**KRISTIN K. MAYES**
Attorney General of Arizona

By: /s/ *Kara Karlson*
Kara Karlson*
Karen J. Hartman-Tellez*
Syreeta Tyrell*
*Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-8118

*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ *Shannon Stevenson*
Shannon Stevenson*
*Solicitor General*
Peter Baumann*
*Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: /s/ *Maura Murphy*
Maura Murphy*
*Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston*
*Director of Impact Litigation*
Vanessa L. Kassab*
*Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ *Karthik P. Reddy*
Karthik P. Reddy*
*Special Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 741-5221

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

By: /s/ *Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360

*Counsel for the State of Hawaiʻi*

(additional counsel on following page)

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ *Vikas Didwania*
Vikas Didwania*
*Complex Litigation Counsel*
Alex Hemmer*
*Deputy Solicitor General*
Molly Petchenik*
*Assistant Attorney General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General of Maine

By: /s/ *Katherine W. Thompson*
Katherine W. Thompson*
*Special Counsel*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: /s/ *Virginia A. Williamson*
Virginia A. Williamson*
*Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ *Neil Giovanatti*
Neil Giovanatti*
*Assistant Attorney General*
P.O. Box 30212
Lansing, MI 48909
(517) 241-1050

*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

By: /s/ *Angela Behrens*
Angela Behrens
Allen Cook Barr*
*Assistant Attorneys General*
Lindsey E. Middlecamp*
*Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN, 55101
(651) 300-0711

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: /s/ *Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
Joshua P. Bohn*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276

*Counsel for the State of New Jersey*

(additional counsel on following page)

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
*Chief Deputy Attorney General*
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060

*Counsel for the State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
*Special Trial Counsel*
Rabia Muqaddam*
*Chief Counsel, Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-6046

*Counsel for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

Laura Howard
Chief Deputy Attorney General

By: */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
*Associate Deputy Attorney General*
114 W. Edenton Street
Raleigh, NC 27603

*Counsel for the State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Thomas H. Castelli*
Thomas H. Castelli*
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880

*Counsel for the State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Megan Rok*
Megan Rok*
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153

*Counsel for the State of Vermont*

(additional counsel on following page)

**JAY JONES**
Attorney General of Virginia

By: /s/ *Tillman J. Breckenridge*
Tillman J. Breckenridge*
*Solicitor General*
202 North Ninth Street
Richmond, VA 23219

*Counsel for the Commonwealth of Virginia*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: /s/ *Lynn Lodahl*
Lynn Lodahl*
*Assistant Attorney General*
17 West Main Street
Madison, WI 53707-7857
(608) 264-6219

*Counsel for the State of Wisconsin*

**JOSH SHAPIRO**
Governor of the Commonwealth
of Pennsylvania

By: /s/ *Michael J. Fischer*
Michael J. Fischer*
Charlotte Gibson*
*Executive Deputy General Counsel*
Jacob B. Boyer*
*Deputy General Counsel*
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847

*Counsel for the Governor of the Commonwealth of Pennsylvania*

**Admitted pro hac vice or pro hac vice applications forthcoming*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on August 25, 2026, at 5:00 p.m., counsel for Plaintiffs met and conferred with the following attorneys at the U.S. Department of Justice via videoconference to provide notice of this motion:

Esam Al-Shareffi, Trial Attorney
U.S. Department of Justice, Civil Division
(845) 536-4560
esam.k.al-shareffi@usdoj.gov

Stephen M. Pezzi, Chief Litigation Counsel
U.S. Department of Justice, Civil Division
(202) 598-3240
stephen.pezzi@usdoj.gov

The above attorneys confirmed that they will represent Defendants in this case and stated that Defendants oppose this motion. Counsel for Defendants further requested that Plaintiffs note that Defendants propose the following schedule:

- Plaintiffs' TRO and/or PI Motions: August 26 at 11:59 PM
- Defendants' Oppositions: September 1 at 2 PM
- Plaintiffs' Replies: September 3 at 2 PM

August 26, 2026

/s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, I provided a copy of the foregoing document to counsel for the Defendants by email as follows:

Esam Al-Shareffi, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
esam.k.al-shareffi@usdoj.gov

Stephen M. Pezzi, Chief Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
stephen.pezzi@usdoj.gov

August 26, 2026

/s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov