**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, et al.,

*Plaintiffs,*

v.

UNITED STATES POSTAL SERVICE, et al.,

*Defendants.*

No. 1:26-cv-13917

**TABLE OF DECLARATIONS IN SUPPORT OF PLAINTIFF STATES' MOTION FOR A TEMPORARY RESTRAINING ORDER, EMERGENCY STAY, AND EXPEDITED PRELIMINARY INJUNCTION AND STAY**

| Attachment | Description |
|---|---|
| 1 | Declaration of Joanna Southard, Assistant Chief of the Elections Division, Office of the California Secretary of State |
| 2 | Declaration of Michelle Tassinari, First Deputy Secretary, Office of the Secretary of the Commonwealth of Massachusetts |
| 3 | Declaration of Mark Wlaschin, Deputy Secretary of State for Elections, Office of the Nevada Secretary of State |
| 4 | Declaration of Stuart Holmes, Director of Elections, Office of the Washington Secretary of the State |
| 5 | Declaration of Adrian Fontes, Secretary of State of the State of Arizona |
| 6 | Declaration of Hilary Rudy, Deputy State Elections Director, Office of the Colorado Secretary of State |
| 7 | Declaration of Gabe Rosenberg, Chief of Staff and General Counsel, Office of the Connecticut Secretary of the State |
| 8 | Declaration of Anthony J. Albence, State Election Commissioner for the State of Delaware |
| 9 | Declaration of Alice P. Miller, Senior Policy Advisor for the District of Columbia Board of Elections |

| Attachment | Description |
|---|---|
| 10 | Declaration of Scott T. Nago, Chief Election Officer for the State of Hawaiʻi |
| 11 | Declaration of Julie L. Flynn, Deputy Secretary of State, Office of the Maine Secretary of State |
| 12 | Declaration of Melissia Dorsey, Assistant Deputy Administrator for Election Policy of the Maryland State Board of Elections |
| 13 | Declaration of Jonathan Brater, Director of the Bureau of Elections, Office of the Michigan Secretary of State |
| 14 | Declaration of Paul Linnell, Elections Director, Office of the Minnesota Secretary of State |
| 15 | Declaration of Donna Barber, Executive Director of the New Jersey Department of State, Division of Elections, Office of the New Jersey Secretary of State |
| 16 | Declaration of Mandy Vigil, Election Director, Office of the New Mexico Secretary of State |
| 17 | Declaration of Kristen Zebrowski Stavisky, Co-Executive Director of the New York State Board of Elections, Chief State Election Official |
| 18 | Declaration of Marc Brunton, Assistant Deputy Attorney General, North Carolina Department of Justice |
| 19 | Declaration of Dena Dawson, Election Director, Office of the Oregon Secretary of State |
| 20 | Declaration of Jonathan Marks, Deputy Secretary for Elections and Commissions, Department of State in the Commonwealth of Pennsylvania |
| 21 | Declaration of Rob Rock, Deputy Secretary of State/Director of Administration, Office of the Rhode Island Secretary of State |
| 22 | Declaration of Sarah Copeland Hanzas, Secretary of State of the State of Vermont |
| 23 | Declaration of Steven L. Koski, Commissioner of Elections for the Commonwealth of Virginia |
| 24 | Declaration of Edmund Michalowski, Deputy Clerk for Elections, Office of the Cook County Clerk, State of Illinois |

| Attachment | Description |
|---|---|
| 25 | Declaration of Julie Wise, Director of Elections for Martin Luther King, Jr. County (King County), State of Washington |
| 26 | Declaration of Elena Hilby, MMC, WCPC, CPM, City Clerk, City of Sun Prairie, State of Wisconsin |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I provided a copy of the foregoing document and all attachments to counsel for the Defendants by email as follows:

Esam Al-Shareffi, Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
esam.k.al-shareffi@usdoj.gov

Stephen M. Pezzi, Chief Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
stephen.pezzi@usdoj.gov

August 26, 2026

/s/ *Gerard J. Cedrone*
Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov