**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>*Plaintiffs,*<br>v.<br>UNITED STATES POSTAL SERVICE, et al.,<br>*Defendants.* | Case No. 1:26-cv-13917 |

**PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiff States respectfully request leave to file a 29-page memorandum in support of their motion for a temporary restraining order, emergency stay, and an expedited preliminary injunction and stay, filed concurrently with this motion. Good cause exists for Plaintiff States' request. Plaintiff States bring constitutional and statutory claims challenging the United States Postal Service's ("USPS") final rule, Ballot Mail for Federal Elections, 91 Fed. Reg. 54966 (published Aug. 26, 2026) (codified at 39 C.F.R. pt. 111) ("Rule"). The Rule requires USPS to deny postal service for mail ballots sent to or from voters not on a USPS-maintained voter eligibility list or that fail to comply with federal ballot design and review standards. Counsel for Defendants[1] do not oppose this motion.

Plaintiff States require additional pages beyond the 20-page limit to raise the multiple grounds supporting their motion for a temporary restraining order, including that the Rule violates the separation of powers, unconstitutionally commandeers Plaintiff States, exceeds USPS's statutory authority to treat mail pieces as nonmailable matter, is arbitrary and capricious

[1] Defendants are USPS; David Steiner, in his official capacity as Postmaster General, Chief Executive Officer of the Postal Service, and Member of the Postal Service Board of Governors; Doug Tulino, in his official capacity as Deputy Postmaster General, Chief Operating Officer and Chief Human Resources Officer of the Postal Service and Member of the Postal Service Board of Governors; Amber McReynolds, in her official capacity as Chair of the Postal Service Board of Governors; Derek Kan, in his official capacity as Vice Chairman of the Postal Service Board of Governors; Ronald Stroman, in his official capacity as a Member of the Postal Service Board of Governors; Daniel Tangherlini, in his official capacity as a Member of the Postal Service Board of Governors.

and contrary to statute, requires USPS to provide unauthorized non-postal services, unlawfully discriminates among mail users, was issued without USPS following mandatory process under the Postal Reorganization Act, violates the Voting Rights Act, and violates the Privacy Act. Plaintiff States also require additional pages to demonstrate how these violations are causing them immediate and irreparable harm.

For these reasons, the Court should allow Plaintiff States to file a 29-page memorandum in support of their motion for a temporary restraining order. *See Harris ex rel. RNH v. Adams*, 757 F. Supp. 3d 111, 128 n.15 (D. Mass. 2024) (granting extension to 42 pages for preliminary injunction motion).

August 26, 2026

Respectfully submitted.

**ROB BONTA**
Attorney General of California

By: /s/ *Anne P. Bellows*
Anne P. Bellows*
*Deputy Attorney General*
Thomas S. Patterson*
*Senior Assistant Attorney General*
Seth E. Goldstein*
*Supervising Deputy Attorney General*
Malcolm A. Brudigam*
Michael S. Cohen*
Lisa C. Ehrlich*
Kevin L. Quade*
Robert William Setrakian*
*Deputy Attorneys General*
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
(916) 210-6090
anne.bellows@doj.ca.gov

*Counsel for the State of California*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ *Julia S. Canney*
Vanessa A. Arslanian (BBO No. 688099)
*State Trial Counsel*
Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
Jared B. Cohen (BBO No. 689217)
Julia S. Canney (BBO No. 717328)
Phoebe M. Lockhart (BBO No. 709411)
*Assistant Attorneys General*
One Ashburton Place
Boston, MA 02108
(617) 963-2851
julia.s.canney@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**AARON FORD**
Attorney General of Nevada

By: /s/ *K. Brunetti Ireland*
K. Brunetti Ireland*
*Chief of Special Litigation*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
kireland@ag.nv.gov

*Counsel for the State of Nevada*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: /s/ *Tera M. Heintz*
Tera M. Heintz*
Cristina Sepe*
Karl D. Smith*
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
tera.heintz@atg.wa.gov

*Counsel for the State of Washington*

(additional counsel on following page)

**KRISTIN K. MAYES**
Attorney General of Arizona

By: /s/ *Kara Karlson*
Kara Karlson*
Karen J. Hartman-Tellez*
Syreeta Tyrell*
*Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-8118

*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ *Shannon Stevenson*
Shannon Stevenson*
*Solicitor General*
Peter Baumann*
*Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: /s/ *Maura Murphy*
Maura Murphy*
*Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston*
*Director of Impact Litigation*
Vanessa L. Kassab*
*Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ *Karthik P. Reddy*
Karthik P. Reddy*
*Special Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 741-5221

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

By: /s/ *Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360

*Counsel for the State of Hawaiʻi*

(additional counsel on following page)

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ *Vikas Didwania*
Vikas Didwania*
*Complex Litigation Counsel*
Alex Hemmer*
*Deputy Solicitor General*
Molly Petchenik*
*Assistant Attorney General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General of Maine

By: /s/ *Katherine W. Thompson*
Katherine W. Thompson*
*Special Counsel*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: /s/ *Virginia A. Williamson*
Virginia A. Williamson*
*Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ *Neil Giovanatti*
Neil Giovanatti*
*Assistant Attorney General*
P.O. Box 30212
Lansing, MI 48909
(517) 241-1050

*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

By: /s/ *Angela Behrens*
Angela Behrens
Allen Cook Barr*
*Assistant Attorneys General*
Lindsey E. Middlecamp*
*Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN, 55101
(651) 300-0711

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: /s/ *Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
Joshua P. Bohn*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276

*Counsel for the State of New Jersey*

(additional counsel on following page)

**RAÚL TORREZ**
Attorney General of New Mexico

By: /s/ *James W. Grayson*
James W. Grayson*
*Chief Deputy Attorney General*
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060

*Counsel for the State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

By: /s/ *Colleen K. Faherty*
Colleen K. Faherty*
*Special Trial Counsel*
Rabia Muqaddam*
*Chief Counsel, Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-6046

*Counsel for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

Laura Howard
Chief Deputy Attorney General

By: /s/ *Daniel P. Mosteller*
Daniel P. Mosteller*
*Associate Deputy Attorney General*
114 W. Edenton Street
Raleigh, NC 27603

*Counsel for the State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: /s/ *Thomas H. Castelli*
Thomas H. Castelli*
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880

*Counsel for the State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ *Megan Rok*
Megan Rok*
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: /s/ *Ryan P. Kane*
Ryan P. Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153

*Counsel for the State of Vermont*

(additional counsel on following page)

**JAY JONES**
Attorney General of Virginia

By: /s/ *Tillman J. Breckenridge*
Tillman J. Breckenridge*
*Solicitor General*
202 North Ninth Street
Richmond, VA 23219

*Counsel for the Commonwealth of Virginia*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: /s/ *Lynn Lodahl*
Lynn Lodahl*
*Assistant Attorney General*
17 West Main Street
Madison, WI 53707-7857
(608) 264-6219

*Counsel for the State of Wisconsin*

**JOSH SHAPIRO**
Governor of the Commonwealth of Pennsylvania

By: /s/ *Michael J. Fischer*
Michael J. Fischer*
Charlotte Gibson*
*Executive Deputy General Counsel*
Jacob B. Boyer*
*Deputy General Counsel*
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847

*Counsel for the Governor of the Commonwealth of Pennsylvania*

*Admitted pro hac vice or pro hac vice applications forthcoming*

**7.1 CERTIFICATION**

I, Julia S. Canney, hereby certify that on August 25, 2026, at 5:00 p.m., counsel for Plaintiffs met and conferred with the following individuals at the U.S. Department of Justice over video conference to provide notice of this motion:

Esam Al-Shareffi
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
(845) 536-4560 | esam.k.al-shareffi@usdoj.gov

Stephen M. Pezzi | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

Mr. Pezzi and Mr. Al-Shareffi confirmed that they are Defendants' counsel in this case and that they do not oppose this motion for excess pages.

Dated: August 26, 2026

*/s/ Julia S. Canney*
Julia S. Canney (BBO No. 717328)
*Assistant Attorney General*
One Ashburton Place
Boston, MA 02108
(617) 963-2851
julia.s.canney@mass.gov
*Counsel for the Commonwealth of Massachusetts*

**CERTIFICATE OF SERVICE**

I, Julia S. Canney, hereby certify that on August 26, 2026, I provided a copy of the foregoing document to the following individuals at the U.S. Department of Justice via electronic mail:

Esam Al-Shareffi
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
(845) 536-4560 | esam.k.al-shareffi@usdoj.gov

Stephen M. Pezzi | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov

Dated: August 26, 2026

*/s/ Julia S. Canney*
Julia S. Canney (BBO No. 717328)
*Assistant Attorney General*
One Ashburton Place
Boston, MA 02108
(617) 963-2851

julia.s.canney@mass.gov
*Counsel for the Commonwealth of Massachusetts*