UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al., | * | |
| Plaintiffs, | * | |
| v. | * | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | * | Civil Action No. 1:26-cv-11549-IT |
| Defendants, | * | |
| and | * | |
| STATE OF MISSOURI, et al., | * | |
| Intervenor-Defendants. | * | |
| STATE OF CALIFORNIA, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:26-cv-13917-IT |
| UNITED STATES POSTAL SERVICE, et al., | * | |
| Defendants. | * | |

ORDER

August 26, 2026

TALWANI, D.J.

On review of the Emergency Motions for a Temporary Restraining Order and Preliminary Injunction [Doc. No. 206] in League of Women Voters of Massachusetts v. Trump, 26-cv-11549, and the Motion for a Temporary Restraining Order, Emergency Stay, and Expedited Preliminary

Injunction and Stay [Doc. No. 3] in California v. U.S. Postal Serv., 26-cv-13917, the court joins for briefing the requests for a temporary restraining order and for briefing and hearing the requests for a preliminary injunction and stay pursuant to Federal Rule of Civil Procedure 42(a)(1). The court adopts the following briefing schedule and hearing schedule:

| **Event** | **Deadline** |
|---|---|
| Defendants' separate or combined Opposition to the pending request for a temporary restraining order and stay | August 27, 2026, at noon EDT |
| Intervenor-Defendants' Opposition to the League of Women Voters' motion for preliminary injunction | August 27, 2026, at noon EDT |
| Defendants' separate or combined Opposition to the pending motions for preliminary injunction and stay | August 29, 2026, at 11 p.m. EDT |
| Intervenor-Defendants' Opposition to the League of Women Voters' motion for preliminary injunction | August 29, 2026, at 11 p.m. EDT |
| Plaintiffs' Reply briefs | August 31, 2026, at 11 p.m. EDT |

If Defendants file a Combined Opposition, it shall include the caption of both cases and be filed on the docket of both cases. A hearing on the motions for a preliminary injunction and stay will be held on September 3, 2026, at 9:00 a.m. in Courtroom 9.

Where counsel for Defendants in California v. U.S. Postal Serv., 26-cv-13917, have not yet filed a Notice of Appearance, Plaintiff States' counsel shall serve a copy of this Order on Defendants' counsel.

IT IS SO ORDERED.

August 26, 2026

/s/ Indira Talwani
United States District Judge