**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*<br><br>*Defendants*. | Case No. 1:26-cv-13917 |

## NOTICE OF APPEARANCE

Ryan P. Kane, Vermont Deputy Solicitor General, hereby enters his appearance in the above-captioned matter on behalf of the State of Vermont.

August 28, 2026

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By: */s/ Ryan P. Kane*

Ryan P. Kane
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Ryan P. Kane*
Ryan P. Kane