**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, *et al.*,

Defendants.

Case No. 1:26-cv-13917-IT

## NOTICE OF APPEAL

Please take notice that all United States government Defendants (United States Postal Service, David Steiner, Doug Tolino, Amber McReynolds, Derek Kan, Ronald Stroman, Daniel Tangherlini) hereby appeal to the United States Court of Appeals for the First Circuit from this Court's Order dated August 27, 2026, ECF No. 31.

Dated: August 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

/s/ Michael S. Polito
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
MICHAEL S. POLITO
Trial Attorney (DC Bar 90041172)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 288-5180
E-mail: michael.s.polito@usdoj.gov

*Counsel for Defendants*