# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: State of California et al v. United States Postal Service et al

District Court Number: 26cv13917-IT

Fee: Paid? Yes ____ No ____ Government filer X In Forma Pauperis Yes ____ No ____

Motions Pending Yes X No ____
*If yes, document #* 3,40,41,43,44,45,46,47,48,49,51,52,53,54

Sealed documents Yes ____ No X
*If yes, document #* ____

*Ex parte* documents Yes ____ No X
*If yes, document #* ____

Transcripts Yes ____ No X
*If yes, document #* ____

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent X Other: ____

Appeal from:

#31 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#31 and #42

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 42 filed on August 28, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 28, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**