**From:** Pezzi, Stephen (CIV)
**To:** Brownlie, Caroline R - Washington, DC; Belt, David C - Washington, DC; "Healy, Abigail K - Washington, DC"; Boardman, Stephan J - Washington, DC; Harris, Wendy A - Washington, DC
**Cc:** Polito, Michael S (CIV)
**Subject:** Court Order in D. Mass. Litigation re USPS Final Rule / EO 14399
**Date:** Friday, August 28, 2026 11:51:00 AM
**Attachments:** 31 TRO re USPS Rule.pdf
**Importance:** High

---

USPS Colleagues:

As you know, late yesterday, August 27, 2026, the U.S. District Court for the District of Massachusetts issued the attached order in *League of Women Voters of Massachusetts* v. *Trump* (No. 1:26-cv-11549) and *California* v. *Trump* (No. 1:26-cv-13917).

The enjoined Defendants must comply with this order, on penalty of contempt, unless and until the Government obtains relief. The order defines the enjoined Defendants ("USPS Defendants") as the USPS, the Postmaster General, the Deputy Postmaster General, and the members and Chair of the USPS Board of Governors. The order provides as follows:

(1) The court grants an emergency fourteen-day stay of the implementation or enforcement of the following sections of the Final Rule as to elections occurring before or on November 3, 2026. USPS Defendants may take no further preparatory steps or implement in any way for elections occurring before or on November 3, 2026:

a. DMM Section 705.24.3.1, to the extent that the section makes Ballot Mail Envelope Standards mandatory;

b. DMM Section 705.24.3.2, to the extent that the section makes Return Federal Ballot Mail Envelope Standards mandatory;

c. DMM Section 705.24.4.1; to the extent that the section makes Postal Service Federal Ballot Mail Portal registration mandatory;

d. DMM Section 705.24.4.2; to the extent that the section makes voter enrollment in the Postal Service Federal Ballot Mail Portal mandatory

e. DMM Section 705.24.5.1;

f. The first two sentences of DMM Section 705.24.5.2; and

g. DMM Section 705.24.5.3(a), (b), (c).

(2) Defendants' counsel must, within 24 hours after receiving service of this Order (i.e., before 9:23 PM Eastern Time on August 28, 2026):

i. provide written notice of this Order to the USPS Defendants and their employees;

ii. notify all such recipients that they are required to comply with this Order, under penalty of contempt; and

iii. file on the docket a copy of the notice and/or communications referred to in (i)-(ii).

Importantly, sections 1(a)-1(d) of the order prohibit enforcement or implementation of the Final Rule only to the extent that the Rule makes those provisions mandatory. Accordingly, the Order allows Defendants to take steps consistent with States' voluntary use of the envelope standards and Portal, including launching the Portal, reviewing mailpiece design for States that voluntarily choose to submit their designs for review, and processing voluntary Portal registrations and submissions.

Sections 1(e)-1(g) of the order are not so limited, and those actions are enjoined even for States that wish to voluntarily participate. That includes, among others, the provision in the Rule that stated that "[m]ailings that do not comply with 24.5.1 and 24.5.2 will not be accepted and will be returned to the authorized ballot mailer." That provision (and the others listed in the relevant sections of the order) may not be implemented, even with respect to jurisdictions that would be willing to voluntarily comply.

Section 2 requires Defendants to notify USPS and its employees of the order **TODAY** and requires that the government file a notice of compliance tonight, on or before 9:23 PM Eastern Time. We will be in touch again soon regarding that filing.

Please contact me or Michael Polito (copied here) with any questions regarding compliance with this order.

Sincerely,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov