# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants*,

STATE OF MISSOURI, STATE OF ALABAMA, STATE OF FLORIDA, STATE OF INDIANA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, and STATE OF SOUTH DAKOTA,

*Intervener Defendants*.

Case No. 1:26-cv-11549-IT

**DECLARATION OF DENNY HOSKINS IN SUPPORT OF INTERVENER-DEFENDANTS' MOTION FOR A STAY PENDING APPEAL**

I, Denny Hoskins, declare as follows:

1. I am Missouri's Secretary of State. That means I am the State's chief elections officer and responsible for overseeing safe and secure elections in Missouri.

2. I believe—like the U.S. Supreme Court—that States have a compelling interest in ensuring the integrity of their elections.

3. I strongly agree with the Trump Administration's policy goal of preventing fraud in mail voting. Although there is an ongoing debate on how common fraud is in mail voting, the Baker-Carter Commission—chaired by former President Jimmy Carter and former Secretary of State James Baker—recognized that mail voting is the type of voting most vulnerable to fraud.

4. I therefore support the Trump Administration's issuance of, on August 26, 2026, the Ballot Mail for Federal Elections Rule ("Rule").

5. Although my staff are still figuring out some details of implementation, I believe it is possible to implement this rule for the 2026 General Election. For elections after 2026, I think the Rule will be straightforward to implement.

6. The Rule—if implemented—would help bolster the security of mail voting in Missouri and reduce the risk of fraud.

7. I am aware that, on August 27, 2026, the U.S. District Court for the District of Massachusetts temporarily enjoined the federal government from implementing the Rule nationwide.

8. That temporary injunction threatens imminent irreparable harm to Missouri's elections because it would likely bar Missouri from fully complying with the Rule—and benefitting from the increase in security to mail voting it would guarantee—during the 2026 General Election.

9. At the very least, the federal courts should give Missouri (and other States) the *option* to fully comply with the Rule for the 2026 General Election.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of August, 2026

Denny Hoskins

*Secretary of State*