**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: State of California et al v. United States Postal Service et al

District Court Number: 26cv13917-IT

---

Fee: Paid? Yes X No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

---

Motions Pending Yes X No ____
*If yes, document #* 3,40,41,43,44,45,46,47,48,49,51

Sealed documents Yes ____ No X
*If yes, document #* ________

*Ex parte* documents Yes ____ No X
*If yes, document #* ________

Transcripts Yes ____ No X
*If yes, document #* ________

---

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent ____ Other: X

Appeal from:

#31 Memorandum and Order

Other information:

Additional Motions Pending: 52,53,54,58,61,63,67

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#31 and #60

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 60 filed on August 29, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 31, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**