**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-13917-IT |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), I hereby enter my appearance as counsel for National Security Leaders for America ("NSL4A"), which seeks leave to file an *amicus curiae* brief, in the above captioned matters.

Respectfully submitted,

August 31, 2026

*<u>/s/ Yevgeniy Pilipovskiy</u>*
Yevgeniy Pilipovskiy (BBO No. 714018)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Phone: (202) 662-6000
ypilipovskiy@cov.com

*Counsel for* Amicus Curiae
*National Security Leaders for America*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on August 31, 2026, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Yevgeniy Pilipovskiy*
Yevgeniy Pilipovskiy