# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 26cv13917-IT
USCA Docket Number: (26-1987)(26-1991)

State of California et al

v.

United States Postal Service et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents X electronic documents:

**Main Documents:**

Document Numbers: ECF No. 72 Electronic Order

**Other Documents:**

Sealed Records:

Document Numbers: ____________________

*Ex parte* Records:

Document Numbers: ____________________

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 31, 2026.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: ______________.

______________________
Deputy Clerk, US Court of Appeals