**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF CALIFORNIA, et al.,

*Plaintiffs,*

v.

UNITED STATES POSTAL SERVICE, et al.,

*Defendants,*

STATE OF MISSOURI, et al.,

*Intervenor-Defendants.*

No.: 1:26-cv-13917-IT

**PLAINTIFF STATES' SUPPLEMENTAL TABLE OF DECLARATIONS**

| Attachment | Description |
|---|---|
| 1 | Declaration of Don Millis, Chair of the Wisconsin Elections Commission |