AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

State of California, et al.
*Plaintiff*
v.
United States Postal Service, et al.
*Defendant*

Case No. 1:26-cv-13917

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of Illinois .

Date: 09/01/2026

/s/ Vikas Didwania
*Attorney's signature*

Vikas Didwania (IL Bar No: 6299645)
*Printed name and bar number*

Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
*Address*

vikas.didwania@ilag.gov
*E-mail address*

(773) 272-0756
*Telephone number*

(312) 814-5024
*FAX number*