**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-11549-IT |
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-13917-IT |

**UNOPPOSED MOTION BY LULAC *ET AL*. FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS**

League of United Latin American Citizens ("LULAC"); Secure Families Initiative ("SFI"); Arizona Students' Association ("ASA"); the City of Madison, Wisconsin; Travis County, Texas; and Travis County Clerk Dyana Limon-Mercado (collectively "proposed *amici*") respectfully request leave of Court to file the attached *amici curiae* brief in support of Plaintiffs' Motions for Preliminary Injunction in the above cases. In support of this Motion, proposed *amici* state as follows:

1. Proposed *amici* are plaintiffs in *LULAC v. Executive Office of the President*, No. 1:26-cv-1132 (CJN) (D.D.C.), one of three now-consolidated cases in the United States District Court for the District of Columbia that also challenge the United States Postal Service's Final Rule, Ballot Mail for Federal Elections, 91 Fed. Reg. 54966 (Aug. 26, 2026) (to be codified at 39 C.F.R.

pt. 111) ("Final Rule" or "Rule"). The consolidated cases are now preceding under the lead case, *DSCC v. Trump*, No. 1:26-cv-1114 (CJN) (D.D.C.).

2. Proposed *amici* include nonpartisan organizations LULAC, SFI, and ASA. These organizations have members in states across the country who rely on mail voting. This includes the families of military service members who are stationed away from their home states, students attending college and university, older voters and voters with disabilities, and others who count on mail voting to participate in the upcoming election. Proposed *amici* organizations also educate their members and other voters about how to vote by mail, and provide assistance and support to help them ensure they are able to do so. Proposed *amici* organizations have an interest in ensuring their members can vote by mail in the November election, and that the organizations can conduct their planned educational and election-related activities.

3. Proposed *amici* also include the City of Madison, Wisconsin; Travis County, Texas; and Travis County Clerk Dyana Limon-Mercado in her official capacity. These election jurisdictions and officials have already invested significant resources into administering the November 3, 2026 election, and would face logistical and financial hardships in attempting to comply with the requirements in the Final Rule. They also have an interest in preventing disenfranchisement of the voters they serve and avoiding reputational harm to themselves that would result if the Final Rule's requirements for mail voting were implemented for the November 3, 2026 election.

4. Proposed *amici* have an interest in ensuring that the Final Rule does not create delays, burdens, barriers, or confusion in casting a vote via mail ballot or in administering the November 3, 2026 general election. Proposed *amici* seek to protect their interests and those of

their members and constituencies in a lawful and smooth election, including use of mail ballots as provided for under state law.

5. No specific court rule governs filing an amicus brief in federal district court, but "acceptance of amicus briefs is within the sound discretion of the [district] court." *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). Furthermore, the role of *amici* "is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal quotations and citations omitted). Courts in the First Circuit generally follow the "practical advice of then-Judge Samuel Alito, who essentially suggested that, assuming the other criteria are met, the court could grant the motion for leave to file an amicus brief" and give the brief the weight it is due. *See Portland Pipe Line Corp. v. City of S. Portland*, No. 2:15-CV-00054-JAW, 2017 WL 79948, at *5 (D. Me. Jan. 9, 2017) (citing *Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 132-33 (3d Cir. 2002) (Alito, J.)).

6. This Court has previously exercised its discretion and granted leave to file an amicus brief in both of the above-captioned cases to the Society for the Rule of Law. No. 1:26-cv-11549-IT, ECF No. 216; No. 1:26-cv-13917-IT, ECF No. 71.

7. Counsel for proposed *amici* conferred with counsel for all parties via email. The motion is unopposed. The League Plaintiffs, State Plaintiffs, and Federal Defendants consent. The Intervenor-Defendant States did not respond to counsel's email with their position.

8. This case is unquestionably a case of significant public interest, and proposed *amici*'s brief and accompanying declaration will provide the Court with helpful information useful to the resolution of the pending motions.

9. On August 28, 2026, proposed *amici* filed a motion for a preliminary injunction against implementation of the Final Rule in the District Court for the District of Columbia. LULAC Pls.' Mot. for Prelim. Inj., *DSCC v. Trump*, No. 1:26-cv-1114 (CJN), (D.D.C. Aug. 28, 2026), ECF No. 171. In support of that motion, proposed *amici* filed a declaration from Tammy Patrick. *Id.*, ECF No. 171-3. Ms. Patrick is an election administrator and Chief Programs Officer of the National Association of Election Officials, with extensive experience with postal procedures and election administration. Ms. Patrick has day-to-day engagement with election officials nationwide, and serves as a liaison between election officials and several federal agencies, including the United States Postal Service ("USPS"), the United States Postal Inspection Service ("USPIS"), the United States Postal Office of Inspector General ("USPS OIG"), and the Federal Voting Assistance Program ("FVAP").

10. In Ms. Patrick's declaration, she concludes that based on her experience, the Final Rule is not feasible to implement for the November 3, 2026 election, and that it will cause disenfranchisement of countless eligible voters and undermine election integrity.

11. To protect their interests and to assist this Court in evaluating the motions for preliminary injunction currently pending before it, proposed *amici* respectfully request leave to file an *amici curae* brief, accompanied by the declaration from Ms. Patrick, along with a supplemental declaration by Ms. Patrick written today in light of a USPS whistleblower disclosure. The brief and declarations will provide additional relevant information helpful to the Court and will not merely repeat the arguments already raised by the parties.

12. Proposed *amici* submit this motion and the accompanying brief and declaration in both *League of Women Voters of Massachusetts v. Trump*, No. 1:26-cv-11549-IT, and in *California v. USPS*, No. 1:26-cv-13917-IT.

**CONCLUSION**

For the foregoing reasons, proposed *amici* respectively request that the Court grant leave to file the attached *amici curae* brief.

Dated: September 1, 2026

Respectfully submitted,

*/s/ David A. Russcol*
David A. Russcol (BBO #670768)
ZALKIND DUNCAN & BERNSTEIN LLP
2 Oliver St., Suite 200
Boston, MA 02109
617-742-6020
drusscol@zalkindlaw.com

*/s/ Norman L. Eisen*
Norman L. Eisen (DC Bar No. 435051)**
Pooja Chaudhuri (DC Bar No. 888314523)**
Beauregard Patterson (WI Bar No. 1102842)**
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
(202) 601-8678
norman@democracydefenders.org
pooja@democracydefenders.org
beauregard@democracydefenders.org

*/s/ Danielle Lang*
Danielle Lang (DC Bar No. 1500218)*
Anna Baldwin (DC Bar No. 998713)*
Valencia Richardson (DC Bar No. 1739245)*
Aseem Mulji (DC Bar No. 1724971)*
Benjamin Phillips (DC Bar No. 90005450)*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
(202) 736-2200
dlang@campaignlegalcenter.org
abaldwin@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
amulji@campaignlegalcenter.org
bphillips@campaignlegalcenter.org

*Counsel for Proposed Amici Curiae League of United Latin American Citizens, Secure Families Initiative, Arizona Students' Association, City of Madison, Wisconsin, Travis County, Texas and Travis County Clerk, in her official capacity.*

**pro hac vice applications pending*
***pro hac vice application forthcoming*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for *amici* have conferred via email with counsel for the parties regarding the subject of this motion. League Plaintiffs, State Plaintiffs, and Federal Defendants consent. Counsel for Intervenor-Defendant States did not provide a position.

*/s/ David A. Russcol*

Date: September 1, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day served on all counsel via the court's electronic service system.

*/s/ David A. Russcol*

Date: September 1, 2026