AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al., *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-13917 |
| UNITED STATES POSTAL SERVICE, et al. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of New Mexico .

Date: 09/03/2026

/s/ Bailey Quinn Colfax
*Attorney's signature*

Bailey Quinn Colfax (PHV)
*Printed name and bar number*

408 Galisteo Street
Santa Fe, NM 87501
*Address*

bcolfax@nmdoj.gov
*E-mail address*

(505) 629-3252
*Telephone number*

(505) 490-4883
*FAX number*