| | |
|---|---|
| **From:** | Pezzi, Stephen (CIV) |
| **To:** | "Harris, Wendy A - Washington, DC"; "Brownlie, Caroline R - Washington, DC"; "Boardman, Stephan J - Washington, DC"; "Healy, Abigail K - Washington, DC"; "Belt, David C - Washington, DC" |
| **Cc:** | Polito, Michael S (CIV) |
| **Subject:** | Order Entered in D. Mass. Litigation re USPS Final Rule |
| **Date:** | Friday, September 4, 2026 11:48:00 PM |
| **Attachments:** | 156 Memorandum and Order Granting PI.pdf |
| **Importance:** | High |

USPS colleagues,

As you know, earlier this evening, the U.S. District Court for the District of Massachusetts issued the attached order in *League of Women Voters of Massachusetts v. Trump* (No. 1:26-cv-11549) and *California v. Trump* (No. 1:26-cv-13917). The Postal Service must comply with this order, on penalty of contempt, unless and until the Government obtains relief. Please contact me or Michael Polito (copied here) with any questions regarding compliance with this order.

Sincerely,

**Stephen M. Pezzi** | Chief Litigation Counsel
United States Department of Justice
Civil Division - Federal Programs Branch
(202) 598-3240 | stephen.pezzi@usdoj.gov