**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES POSTAL SERVICE, *et al.*,<br>Defendants. | Case No. 1:26-cv-13917-IT |

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants respectfully request a 14-day extension of time, from November 2, 2026 to November 16, 2026, to answer or otherwise respond to Plaintiffs' complaint. As good cause for this request, which Plaintiffs do not oppose, Defendants offer the following:

1. The complaint in this case challenges a Final Rule issued by the United States Postal Service. *See Ballot Mail for Federal Elections*, 91 Fed. Reg. 54,996 (Aug. 26, 2026).

2. That Final Rule is now enjoined in whole or in part in five different cases—two before this Court, and three in the District of Columbia. *League of Women Voters v. Massachusetts*, No. 26-cv-11549-IT, 2026 WL 2620871 (D. Mass. Sep. 4, 2026); *California v. USPS*, No. 26-cv-13917-IT, 2026 WL 2620871 (D. Mass. Sep. 4, 2026); *DSCC v. Trump*, No. 26-cv-01114-CJN, 2026 WL 2681471 (D.D.C. Sep. 13, 2026); *LULAC v. Exec. Off. of the President*, No. 26-cv-01132-CJN, 2026 WL 2681471 (D.D.C. Sep. 13, 2026); *NAACP v. Trump*, No. 26-cv-01151-CJN, 2026 WL 2681471 (D.D.C. Sep. 13, 2026).

3. In the two cases before this Court, Defendants sought relief from the United States Court of Appeals for the First Circuit and from the Supreme Court of the United States. The Supreme Court denied Defendants' stay motion on September 14, 2026. *USPS v. California*, No. 26A305, 2026 WL 2687160 (Mem.) (U.S. Sep. 14, 2026).

4. In the three cases in the District of Columbia—in which the district court's preliminary injunction applies both to the 2026 elections and to future elections—the deadline for any appeal is November 12, 2026. *See* Fed. R. App. P. 4(a)(1)(B).

5. Defendants' deadline to answer or otherwise respond to the complaint in this case is November 2, 2026. Fed. R. Civ. P. 12(a)(2).

6. In recent weeks, the parties have been discussing the future of this litigation and, to the extent necessary, a schedule for further proceedings. Those conversations have been productive, but the parties need additional time to confer on those subjects.

7. In addition, undersigned counsel for Defendants currently faces several other significant and time-sensitive litigation deadlines in other matters.

8. Accordingly, Defendants respectfully request a 14-day extension of time to answer or otherwise respond to Plaintiffs' complaint in this matter. The additional time is necessary for the parties to continue their discussions about further proceedings in this case, and to accommodate counsel's other deadlines.

9. Plaintiffs will suffer no prejudice in the interim, as they remain protected by overlapping injunctions in this case and four others—including in the District of Columbia litigation in which, at least at this time, Defendants have not appealed.

10. For these reasons, Defendants respectfully request a 14-day extension of time to answer or otherwise respond to Plaintiffs' complaint.

11. Before filing this motion, counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs do not oppose the relief requested in this motion.

Dated: October 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
MICHAEL S. POLITO
Trial Attorney (DC Bar 90041172)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that in October 2026, counsel for Defendants conferred via videoconference and e-mail with the following counsel (among others) for Plaintiffs and provided advance notice of this motion:

Gerard J. Cedrone
Massachusetts Attorney General's Office
Office of the State Solicitor
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
Gerard.Cedrone@mass.gov

The above counsel confirmed that Plaintiffs do not oppose the relief requested in this motion.

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI