**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-13917-IT |

**<u>JOINT MOTION FOR SCHEDULING ORDER</u>**

All parties, having conferred, jointly move for a scheduling order to govern further proceedings in the above-captioned matter. As good cause for this request, the parties jointly offer the following:

1. The complaint in this case challenges a Final Rule issued by the United States Postal Service. *See Ballot Mail for Federal Elections*, 91 Fed. Reg. 54,996 (Aug. 26, 2026).

2. That Final Rule is now enjoined in whole or in part in five different cases—two before this Court, and three in the District of Columbia. *League of Women Voters v. Massachusetts*, No. 26-cv-11549-IT, 2026 WL 2620871 (D. Mass. Sep. 4, 2026); *California v. USPS*, No. 26-cv-13917-IT, 2026 WL 2620871 (D. Mass. Sep. 4, 2026); *DSCC v. Trump*, No. 26-cv-01114-CJN, 2026 WL 2681471 (D.D.C. Sep. 13, 2026); *LULAC v. Exec. Off. of the President*, No. 26-cv-01132-CJN, 2026 WL 2681471 (D.D.C. Sep. 13, 2026); *NAACP v. Trump*, No. 26-cv-01151-CJN, 2026 WL 2681471 (D.D.C. Sep. 13, 2026).

3. In the two cases before this Court, Federal Defendants sought relief from the United States Court of Appeals for the First Circuit and the Supreme Court of the United States. The Supreme Court denied Defendants' stay motion on September 14, 2026. *USPS v. California*, No. 26A305, 2026 WL 2687160 (Mem.) (U.S. Sep. 14, 2026).

4. In the three cases in the District of Columbia—in which the district court's preliminary injunction applies both to the 2026 elections and to future elections—the deadline for any appeal was November 12, 2026. *See* Fed. R. App. P. 4(a)(1)(B). Federal Defendants did not appeal that preliminary injunction.

5. Defendants' current deadline to answer or otherwise respond to the complaint in this case is Monday, November 23, 2026, after the Court granted Defendants' previous unopposed motions for extensions.

6. As described in prior extension motions, in recent weeks, the parties have been discussing the future of this litigation and, to the extent necessary, a schedule for further proceedings. Those conversations have been productive, but the parties require additional time for further discussions on those subjects.

7. While those discussions continue, in the interim, the parties have reached an agreement on the following schedule to govern further proceedings in this matter:

> **On or before January 19, 2027**: Federal Defendants will produce an administrative record for the Postal Service's Final Rule, *Ballot Mail for Federal Elections*, 91 Fed. Reg. 54,996 (Aug. 26, 2026).
>
> **On or before February 9, 2027:** The parties will meet and confer and file a joint status report containing (1) the parties' proposal(s) for discovery and summary-judgment briefing; or (2) the parties' proposal(s) for summary-judgment briefing alone, if the parties agree that the administrative record is sufficient to resolve the case.

8. The parties further agree that, under the circumstances, Defendants' deadline to answer the complaint should be vacated, as an answer would not be useful to the parties or the Court given the nature of Plaintiffs' claims in this case. Defendants likewise do not intend to file a motion to dismiss at this time.

9. The parties further agree not to pursue any discovery at least until the Court has addressed the proposals set forth in the joint status report to be filed on or before February 9, 2027.

10. By joining in this request, although Federal Defendants have now agreed to produce an administrative record on or before January 19, 2027 (in the interest of avoiding unnecessary

ancillary litigation over the scope of the record), they do not concede that either an administrative record or discovery is legally or practically necessary or appropriate in this matter. All parties agree that Defendants do not forfeit or waive any threshold arguments or defenses they may have raised in an answer or motion to dismiss, including (among others) the argument that the Administrative Procedure Act does not apply to this case. Defendants may brief and argue any such threshold arguments or defenses at the summary-judgment stage, if necessary.

11. For these reasons, all parties respectfully request that the Court (1) issue an order vacating Defendants' deadlines to answer the complaint, and (2) adopt the jointly agreed upon schedule set forth above in Paragraph 7.

Dated: November 20, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Chief Litigation Counsel (FL Bar 1041279)
MICHAEL S. POLITO
Trial Attorney (DC Bar 90041172)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 305-8576
E-mail: stephen.pezzi@usdoj.gov

**ROB BONTA**
Attorney General of California

By: /s/ *Anne P. Bellows*
Anne P. Bellows*
*Deputy Attorney General*
Thomas S. Patterson*
*Senior Assistant Attorney General*
Seth E. Goldstein*
*Supervising Deputy Attorney General*
Malcolm A. Brudigam*
Michael S. Cohen*
Lisa C. Ehrlich*
Kevin L. Quade*
Robert William Setrakian*
*Deputy Attorneys General*
1300 I Street, P.O. Box 944255
Sacramento, CA 95814
(916) 210-6090
anne.bellows@doj.ca.gov

*Counsel for the State of California*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ *Vanessa A. Arslanian*
Vanessa A. Arslanian (BBO No. 688099)
*State Trial Counsel*
Gerard J. Cedrone (BBO No. 699674)
*Deputy State Solicitor*
Jared B. Cohen (BBO No. 689217)
Julia S. Canney (BBO No. 717328)
Phoebe M. Lockhart (BBO No. 709411)
*Assistant Attorneys General*
One Ashburton Place
Boston, MA 02108
(617) 963-2107
vanessa.arslanian@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**AARON FORD**
Attorney General of Nevada

By: /s/ *K. Brunetti Ireland*
K. Brunetti Ireland*
*Chief of Special Litigation*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
kireland@ag.nv.gov

*Counsel for the State of Nevada*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: /s/ *Tera M. Heintz*
Tera M. Heintz*
Cristina Sepe*
Karl D. Smith*
*Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
tera.heintz@atg.wa.gov

*Counsel for the State of Washington*

(additional counsel on following page)

**KRISTIN K. MAYES**
Attorney General of Arizona

By: /s/ *Kara Karlson*
Kara Karlson*
Karen J. Hartman-Tellez*
Syreeta Tyrell*
*Assistant Attorneys General*
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-8118

*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ *Shannon Stevenson*
Shannon Stevenson*
*Solicitor General*
Peter Baumann*
*Senior Assistant Attorney General*
1300 Broadway
Denver, Colorado 80203
(720) 508-6400

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: /s/ *Maura Murphy*
Maura Murphy*
*Deputy Associate Attorney General*
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: /s/ *Ian R. Liston*
Ian R. Liston*
*Director of Impact Litigation*
Vanessa L. Kassab*
*Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ *Karthik P. Reddy*
Karthik P. Reddy*
*Special Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 741-5221

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

By: /s/ *Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360

*Counsel for the State of Hawaiʻi*

(additional counsel on following page)

**KWAME RAOUL**
Attorney General of Illinois

By: /s/ *Vikas Didwania*
Vikas Didwania*
*Complex Litigation Counsel*
Alex Hemmer*
*Deputy Solicitor General*
Molly Petchenik*
*Assistant Attorney General*
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-5526

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General of Maine

By: /s/ *Katherine W. Thompson*
Katherine W. Thompson*
*Special Counsel*
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: /s/ *Virginia A. Williamson*
Virginia A. Williamson*
*Assistant Attorney General*
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ *Neil Giovanatti*
Neil Giovanatti*
*Assistant Attorney General*
P.O. Box 30212
Lansing, MI 48909
(517) 241-1050

*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

By: /s/ *Angela Behrens*
Angela Behrens
Allen Cook Barr*
*Assistant Attorneys General*
Lindsey E. Middlecamp*
*Special Counsel*
445 Minnesota Street, Suite 600
St. Paul, MN, 55101
(651) 300-0711

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: /s/ *Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
Joshua P. Bohn*
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276

*Counsel for the State of New Jersey*

(additional counsel on following page)

**RAÚL TORREZ**
Attorney General of New Mexico

By: /s/ *Bailey Colfax*
Bailey Colfax*
*Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

*Counsel for the State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

By: /s/ *Colleen K. Faherty*
Colleen K. Faherty*
*Special Trial Counsel*
Rabia Muqaddam*
*Chief Counsel, Federal Initiatives*
28 Liberty Street
New York, NY 10005
(212) 416-6046

*Counsel for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

Laura Howard
Chief Deputy Attorney General

By: /s/ *Daniel P. Mosteller*
Daniel P. Mosteller*
*Associate Deputy Attorney General*
114 W. Edenton Street
Raleigh, NC 27603

*Counsel for the State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: /s/ *Thomas H. Castelli*
Thomas H. Castelli*
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880

*Counsel for the State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ *Megan Rok*
Megan Rok*
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont

By: /s/ *Ryan P. Kane*
Ryan P. Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153

*Counsel for the State of Vermont*

(additional counsel on following page)

**JAY JONES**
Attorney General of Virginia

By: /s/ *Tillman J. Breckenridge*
Tillman J. Breckenridge*
*Solicitor General*
202 North Ninth Street
Richmond, VA 23219

*Counsel for the Commonwealth of Virginia*

**JOSH SHAPIRO**
Governor of the Commonwealth
of Pennsylvania

By: /s/ *Michael J. Fischer*
Michael J. Fischer*
Charlotte Gibson*
*Executive Deputy General Counsel*
Jacob B. Boyer*
*Deputy General Counsel*
30 North Third Street, Suite 200
Harrisburg, PA 17101
(717) 831-2847

*Counsel for the Governor of the Commonwealth of Pennsylvania*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: /s/ *Lynn Lodahl*
Lynn Lodahl*
*Assistant Attorney General*
17 West Main Street
Madison, WI 53707-7857
(608) 264-6219

*Counsel for the State of Wisconsin*

*Admitted pro hac vice or pro hac vice applications forthcoming

**STEVE MARSHALL**
ALABAMA ATTORNEY GENERAL

/s/ *A. Barrett Bowdre*
A. Barrett Bowdre*
*Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 353-8892
Fax: (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov

**CATHERINE L. HANAWAY**
MISSOURI ATTORNEY GENERAL

/s/ *Louis J. Capozzi III*
Louis J. Capozzi III, DC Bar No. 90018764*
*Solicitor General*
J. Michael Patton*
*Deputy Solicitor General*
Benjamin S. Gilberg*
*Deputy Solicitor General*
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel. (573) 645-9662
Fax (573) 751-0774
Louis.Capozzi@ago.mo.gov
Michael.Patton@ago.mo.gov
Benjamin.Gilberg@ago.mo.gov

**JAMES UTHMEIER**
FLORIDA ATTORNEY GENERAL

/s/ *David M.S. Dewhirst*
David M.S. Dewhirst*
*Solicitor General*
Jason J. Muehlhoff*
*Chief Deputy Solicitor General*
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
david.dewhirst@myfloridalegal.com
jason.muehlhoff@myfloridalegal.com

**THEODORE E. ROKITA**
INDIANA ATTORNEY GENERAL

/s/ *James A. Barta*
James. A Barta, DC Bar No. 1032613*
*Solicitor General*
Office of the Indiana Attorney General
302 W. Washington Street
IGC South, Fifth Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
James.Barta@atg.in.gov

**KRIS W. KOBACH**
KANSAS ATTORNEY GENERAL

*/s/ James R. Rodriguez*
James R. Rodriguez*
*Assistant Attorney General*
Kansas Office of the Attorney General
Topeka, Kansas 66612
Phone: (785) 368-8197
jay.rodriguez@ag.ks.gov

**ELIZABETH B. MURRILL**
LOUISIANA ATTORNEY GENERAL

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
*Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
(225) 506-3746
AguinagaB@ag.louisiana.gov

**AUSTIN KNUDSEN**
MONTANA ATTORNEY GENERAL

*/s/ Christian B. Corrigan*
Christian B. Corrigan*
*Solicitor General*
Montana Department of Justice
215 N. Sanders Helena, MT 59601
(406) 444-2707 (o)
Christian.Corrigan@mt.gov

**MICHAEL T. HILGERS**
NEBRASKA ATTORNEY GENERAL

/s/ *Cody S. Barnett*
Cody S. Barnett*
*Solicitor General*
Nebraska Department of Justice
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Tel.: (402) 471-2683
Fax: (402) 471-3297
cody.barnett@nebraska.gov

**GENTER DRUMMOND**
OKLAHOMA ATTORNEY GENERAL

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II*
*Solicitor General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

**ALAN WILSON**
SOUTH CAROLINA ATTORNEY GENERAL

*/s/ Joseph D. Spate*
Joseph D. Spate*
*Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel. (803) 734-3371
Fax (803) 734-3677
josephspate@scag.gov

**MARTY J. JACKLEY**
SOUTH DAKOTA ATTORNEY GENERAL

/s/ *Grant Flynn*
Grant Flynn*
*Assistant Attorney General*
South Dakota Office of the Attorney General
1302 East SD Highway 1889,
Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us

**KEN PAXTON**
TEXAS ATTORNEY GENERAL

s/ *David Bryant*
David Bryant*
*Senior Special Counsel*
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov

/s/ *Ian D. Prior*
Ian D. Prior (Bar No. 655704)
America First Legal Foundation
611 Pennsylvania Ave S.E. No. 231
Washington, D.C. 20003
(410) 205-9681
ian.prior@aflegal.org